IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, B-80852, | ) |
| Plaintiff(s), | ) No. C 16-0738 CRB (PR) |
| v. | ) ORDER REGARDING |
| SCOTT KERNAN, et al., | ) DEFENDANT V. LOMELI |
| Defendant(s). | ) |

Per order filed on June 1, 2016, the court found that, liberally construed, plaintiff's Second Amended Complaint (SAC) states arguably cognizable claims for damages under 42 U.S.C. § 1983 for violations of the Eighth Amendment at Salinas Valley State Prison (SVSP) against SVSP Associate Warden R. Binkele, SVSP Correctional Administrator R. Parin, SVSP Correctional Counselor H. Aguilera and SVSP Appeals Coordinator V. Comeli, and ordered the United States Marshal to serve these defendants.

The marshal has informed the court that there is no V. Comeli at SVSP, but there is a V. Lomeli. A close inspection of plaintiff's handwritten SAC suggests that what the court read as V. Comeli may just as well be construed as V. Lomeli. Good cause appearing therefor, the clerk is instructed to correct the record to show V. Lomeli as the proper named defendant in this case and to prepare summons, and for the marshal to serve, V. Lomeli at SVSP.

SO ORDERED.

DATED: June 8, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Hicks, M.16-0738.Lomeli.wpd